UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-99-MWF(AJRx)** | Date: March 14, 2024 |
| Title | **Jacqueline Calix v. United States Citizenship and Immigration Services, et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on January 4, 2024.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on April 3, 2024.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **APRIL 4, 2024**.

- BY PLAINTIFF:  PROOF OF SERVICE of Summons and Complaint on Defendants.  The Proofs of Service must comply with and satisfy the requirements of Fed. R. Civ. P. 4(i).

    AND/OR

- BY DEFENDANTS:  RESPONSE TO THE COMPLAINT.

    OR

- The parties may file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.     **CV 24-99-MWF(AJRx)**                                       Date:  March 14, 2024

Title          **Jacqueline Calix v. United States Citizenship and Immigration Services, et al.**

respond to the Order to Show Cause by **APRIL 4, 2024**, will result in the dismissal of this action.

IT IS SO ORDERED.